**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DISH NETWORK LLC, et al., | Case No.: 2:19-cv-00005-GMN-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| ALONZO TRUJILLO, | |
| Defendant(s). | |

On February 15, 2019, default was entered. Docket No. 7. Since that date, no further action has been taken to advance this case. Either a motion for default judgment or voluntary dismissal papers must be filed by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

_____
Nancy J. Koppe
United States Magistrate Judge