**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DISH NETWORK L.L.C., *et al.*,

        Plaintiffs,

vs.

ALONZO TRUJILLO,

        Defendant.

Case No.: 2:19-cv-00005-GMN-NJK

**ORDER**

Pending before the Court is the Report and Recommendation of United States Magistrate Judge Nancy J. Koppe, (ECF No. 10), which recommends that Plaintiff's Motion for Default Judgment, (ECF No. 9), be granted.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. Local R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 10), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Default Judgment, (ECF No. 9), is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court judgment shall enter judgment in favor of Plaintiffs and against Defendant Alonzo Trujillo as follows:

    a. $10,000 in statutory damages for violating 18 U.S.C. §§ 2511(1)(a) and 2520(a); and

    b. Immediate permanent injunctive relief enjoining Defendant from: (1) circumventing or assisting others to circumvent Plaintiffs' security system, or otherwise intercepting or assisting others to intercept DISH's satellite signal and (2) testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from Plaintiffs' satellite receivers, smart cards, satellite stream, or any other part or component of Plaintiffs' security system.

The Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this \_\_\_23\_\_\_ day of October, 2019.

                            _____
                            Gloria M. Navarro, District Judge
                            United States District Court