# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

DISH Network L.L.C., et al.,

          Plaintiffs,

v.

Alonzo Trujillo,

          Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-00005-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiffs and against Defendant Alonzo Trujillo as follows:
a. $10,000 in statutory damages for violating 18 U.S.C. §§ 2511(1)(a) and 2520(a); and
b. Immediate permanent injunctive relief enjoining Defendant from: (1) circumventing or assisting others to circumvent Plaintiffs' security system, or otherwise intercepting or assisting others to intercept DISH's satellite signal and (2) testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from Plaintiffs' satellite receivers, smart cards, satellite stream, or any other part or component of Plaintiffs' security system.

10/24/2019
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk